```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF MASSACHUSETTS
                          EASTERN DIVISION
In re
     PAUL M. JONES

BANK OF NEW YORK AS TRUSTEE FOR      }
THE CERTIFICATE HOLDERS, CWABS,      }
INC., ASSET-BACKED CERTIFICATES,     }
SERIES 2004-7,                       }      Chapter 13
MOVANT                               }      Case No. 07-10729-JNF
                                     }
v.                                   }
                                     }
PAUL M. JONES                        }
DEBTOR                               }
```

**MOTION FOR RELIEF FROM STAY**

To the Honorable Joan N. Feeney, Bankruptcy Judge:

NOW COMES Bank of New York as Trustee for the Certificate Holders, CWABS, Inc., Asset-Backed Certificates, Series 2004-7 (hereinafter "the Movant"), by and through its attorneys, Ablitt & Charlton, P.C., and moves for relief from the automatic stay pursuant to 11 U.S.C. § 362 (d), Bankruptcy Rules 4001 and 9014 and MLBR 4001-1. In support thereof, your Movant states as follows:

I.    PARTIES & JURISDICTION

1.    This Court has jurisdiction of the subject matter and the parties pursuant to 28 U.S.C. §§ 1334 and 157(a) and 157(b)(2)(G). This case is a core proceeding in accordance with 28 U.S.C. § 157 (b).

2.    The Movant's mailing address is c/o Countrywide Home Loans, Inc., 7105 Corporate Drive, PTX-B-209, Plano, Texas 75024.

3. Paul M. Jones (hereinafter referred to as the "Debtor") has a mailing address of 572 Park Street, Stoughton, Massachusetts 02072.

## II. RELEVANT FACTS

4. On February 7, 2007, the Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Massachusetts.

5. The Movant is the present holder of a Mortgage on the Debtor's real estate in the original amount of $274,550.00 given by Paul Jones to Mortgage Electronic Registration Systems, Inc. as nominee for Optima Mortgage Corporation on or about June 22, 2004. Said mortgage is recorded with the Norfolk County Registry of Deeds at Book 22224, Page 219 and encumbers the premises located at 572 Park Street, Stoughton, Massachusetts 02072. A copy of the mortgage is annexed hereto and marked as *Exhibit* '*A*'. Reference is further made to an assignment of mortgage executed by Mortgage electronic Registration Systems, Inc. as nominee for Optima Mortgage Corporation to the Movant dated November 20, 2006 to be recorded forthwith. A copy of the assignment of mortgage is annexed hereto and marked as Exhibit '*B*'.

6. Said mortgage secures a Note given by Paul Jones to Optima Mortgage Corporation in the original amount of $274,550.00.

7. There is no other collateral securing the obligation.

8. As of July 27, 2007, approximately $311,019.38 is due and owing under the terms and conditions of said Note and Mortgage.

9. Upon information and belief, there are no other outstanding secured encumbrances on the subject property.

10. The total amount of the secured encumbrances on the property is approximately $311,019.38.

11. According to Schedule "A", the fair market value (FMV) of the subject property is $335,000.00. The liquidation value (LV) of the property, calculated by deducting reasonable and necessary expenses from the FMV, yields $306,912.40 and is comprised as follows:

| | |
|---|---|
| Debtor's Estimate of FMV: | $ 335,000.00 |
| Less: | |
| Realtors' fees at (6) percent: | 20,100.00 |
| Tax deed stamps: | 1,527.60 |
| Anticipated closing costs: | 750.00 |
| Eviction proceedings: | 710.00 |
| Estimated foreclosure fees and costs: | 5,000.00 |
| TOTAL | $ 306,912.40 |

Paul Jones recorded a Declaration of Homestead with the Norfolk County Registry of Deeds in Book 16982, Page 445.

13. Notwithstanding the above, the Movant reserves the right to request access to the property for the purpose of conducting an interior appraisal to more accurately quantify its value, in the event that the value of said property is contested by the Debtor.

14. The Debtor has no equity in the property.

3

15.  The monthly mortgage payment of $3,281.47 is due on the first of every month.

16.  The Debtor has failed to remain current with the regular post-petition mortgage payments.

17.  As of August 3, 2007, the Debtor is due for three (3) mortgage payments of $3,281.47 each for the months of June 2007 through August 2007, for a total of $9,844.41.

18.  The Movant has also incurred attorney's fees and costs relative to this Motion for Relief in the amount of $800.00 and is entitled to reimbursement for those fees pursuant to its contract and in accordance with 11 U.S.C. § 506(b).

19.  The total post-petition arrearage due as of August 3, 2007, is $10,644.41 and the Movant anticipates the post-petition arrearage by the time of the hearing will be $13,925.88.

### III. ARGUMENT

The Movant seeks relief from the automatic stay on the following grounds:

A.  <u>LACK OF ADEQUATE PROTECTION</u>
    <u>11 U.S.C. § 362 (d)(1)</u>

20.  The Debtor is either unable or unwilling to offer the Movant adequate protection in the form of regular monthly mortgage payments, and pursuant to 11 U.S.C. § 362 (d)(1), cause exists to grant relief from the automatic stay on that basis.

B.  <u>DEBTOR'S LACK OF EQUITY AND THAT PROPERTY IS NOT NECESSARY TO AN EFFECTIVE REORGANIZATION PURSUANT TO 11 U.S.C. § 362 (d)(2)(A) and (B)</u>

4

21. The subject property has a fair market value of $335,000[1] and an approximate liquidation value of $306,912.40.

22. The subject property is subject to the Movant's secured interest of $311,019.38.

23. The Debtor does not appear to have any equity in the subject property.

24. The subject property is not necessary to an effective reorganization.

25. Pursuant to 11 U.S.C. § 362 (d)(2)(A) and (B), cause exists to grant relief from the automatic stay on these grounds.

WHEREFORE, the Movant prays that:

A. Bank of New York as Trustee for the Certificate Holders, CWABS, Inc., Asset-Backed Certificates, Series 2004-7 and its successors and/or assigns, be granted relief from the automatic stay for the purpose of exercising its rights under its agreements with the debtors and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises, and bringing such actions, including, without limitation, eviction proceedings, as are permissible by applicable law; or,

B. In the alternative, for an Adequate Protection Order requiring that: (1) The Debtor becomes current with the post-petition obligations due under the Note and Mortgage, including

---

[1] Pursuant to Debtor's Schedules.

5

but not limited to, taxes and insurance, late charges and legal fees and costs and, (2) That if the Debtor should fail to comply with the Adequate Protection Order, that the Movant may file a Motion, pursuant to MLBR 9013-1, with an Affidavit of Non-Compliance, and that the Court may grant Relief from the Automatic Stay without a hearing; and,

    C.    The Court order such other and further relief as it deems just and proper.

> Respectfully submitted,
> The Movant
> By its Attorneys,
>
> ABLITT & CHARLTON, P.C.

DATED: August 8, 2007    /s/ Rachel D. Costa
    Rachel D. Costa
    (BBO 657550)
    92 Montvale Avenue, Suite 2950
    Stoneham, MA 02180
    781-246-8995

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the foregoing MOTION FOR RELIEF by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1, 4001-1 and 9013-3:

DATED: August 8, 2007                     /s/ Rachel D. Costa
                                                        Rachel D. Costa

**Paul M. Jones**
572 Park Street
Stoughton, MA 02072

**John F. Cullen**
Law Office of John F. Cullen, P.C.
17 Accord Park
Suite 103
Norwell, MA 02061

**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222

**Carolyn Bankowski**
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

**Bay State Gas**
PO Box 830012
Baltimore, MD 21283

**Internal Revenue Service**
c/o Eugina Gomes, BK Specialis
380 Westminster Mall
Providence, RI 02903

**Internal Revenue Service**
1 Montvale Avenue
Stoneham, MA 02180

**MDOR**
Department of Revenue
BK Unit PO Box 9564
Boston, MA 02114

**National Grid**
Processing Center
Woburn , MA 01807-0005

**Town of Stoughton Water Dept.**
10 Bearl Street
Stoughton, MA 02072