**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| Paul M. Jones, | * | Case No. 07-10729-JNF |
| | * | Chapter 13 |
| | * | |
| Bank of New York as Trustee for | * | |
| The Certificate Holders, CWABS, | * | |
| Inc., Asset Backed Certificates | * | |
| | * | |
| Movant | * | |
| v. | * | |
| | * | |
| Paul M. Jones, | * | |
| Debtor | * | |
| | * | |

**DEBTOR'S MOTION TO EXTEND TIME TO RESPOND**
**TO CREDITOR BANK OF NEW YORK'S (As Trustee)**
**MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE JOAN N. FEENEY, UNITED STATES BANKRUPTCY COURT JUDGE:

NOW COMES, Paul M. Jones (the "Debtor"), by and through counsel, and hereby requests pursuant to Fed.R.Bankr.P. 9006(b)(1) that this Honorable Court grant the Debtor an additional seven (7) days to respond and oppose to creditor New York Bank's (the "Movant") Motion for Relief. The Debtor states that an additional seven (7) days may render the Movant's Motion for Relief moot.

**WHEREFORE,** the Debtor respectfully prays that this Honorable Court grant an additional seven (7) days to respond and oppose creditor New York Bank's Motion For Relief From Stay, and for such further relief as this Court deems equitable and just.

Dated:  *8/17/2007*             Respectfully submitted,
                                Paul M. Jones,
                                By his attorney,

                                */s/ John F. Cullen*_____
                                John F. Cullen (BBO#108060)
                                Law Office of John F. Cullen, P.C.
                                17 Accord Park Drive, Suite 103
                                Norwell, MA 02061
                                Tele:  (781) 982-1141
                                Fax:   (781) 982-1143
                                Email:  jack@cullenbklaw.com

### *CERTIFICATE OF SERVICE*

I, John F. Cullen, hereby certify that on this the 17th day of August, 2007, have served the **Debtor's Motion to Extend Time to Respond and Oppose Creditor New York Bank's Motion for Relief** by causing a copy of the same to be delivered via electronically to all registered parties, and/or by First Class Mail to all non-registered parties, as follows:

### *REGISTERED PARTIES*

**Carolyn Bankowski**
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114
617-723-1313
13trustee@ch13boston.com
*Added: 02/07/2007*
*(Trustee)*

| | | |
|---|---|---|
| **New York Bank as Trustee** | | **Rachel D. Costa** |
| *Added: 05/17/2007* | | Ablitt & Charlton, P.C. |
| *(Creditor)* | represented by | 92 Montvale Avenue |
| | | Suite 2950 |
| | | Stoneham, MA 02132 |

**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222
USTPRegion01.BO.ECF@USDOJ.GOV

*NON-REGISTERED PARTIES*

Bay State Gas
PO Box 830012
Baltimore, MD  21283

Countrywide Home Loans
PO Box 660964
Dallas, TX  75266-0694

Deirde Cavanaugh, Esquire
Ablitt & Charlton, P.C.
92 Montvale , Suite 2950
Stoneham, MA  02180

Internal Revenue Service
c/o Eugina Gomes, BK Specialist
380 Westminster Mall
Providence, RI  02903

Internal Revenue Service
1 Montvale Avenue
Stoneham, MA   02180

MDOR
Department of Revenue
BK Unit PO Box 9564
Boston, MA   02114

National grid
Processing Center
Woburn , MA   01807-0005

Town of Stoughton Water Dept.
10 Bearl Street
Stoughton, MA  02072

Dated  *8/17/2007*                                        */s/ John F. Cullen*_____

                                                               John F. Cullen