UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:
    PAUL M. JONES

| | |
|---|---|
| BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7, MOVANT | Chapter 13<br>Case No. 07-10729-JNF |
| v. | |
| PAUL M. JONES<br>DEBTOR | |

### ORDER GRANTING BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7'S MOTION FOR RELIEF AND LEAVE TO FORECLOSE MORTGAGE

This matter has come before me on the Motion by the above-captioned Movant for Relief from the Automatic Stay. After full consideration, or no objections having been filed, it is ordered that the Movant, its Successors and/or Assigns, or current holder, is hereby granted relief from the automatic stay imposed by 11 U.S.C. § 362, and the Movant, its Successors and/or Assigns, or current holder, may proceed to foreclose or accept deed in lieu of foreclosure of the mortgage given by Paul M. Jones to Mortgage Electronic Registration Systems, Inc. as nominee for Optima Mortgage Corporation on or about June 22, 2004. Said mortgage is recorded with the Norfolk County Registry of Deeds at Book 22224, Page 219 and encumbers the premises located at 572 Park Street, Stoughton, Massachusetts 02072, and the Movant, or its Successors and/or Assigns, or current holder, may exercise its all of its rights under said mortgage to bring such actions, including but without limitation, summary process proceedings, as are permissible by applicable federal, state or municipal law.

DATED: 8/27/07

                                              U.S. Bankruptcy Judge