UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   JONES, PAUL                                                    Chapter 13
                                                                        Case No. 07-10729-JNF

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FEASIBILITY
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case.  In support thereof, the Trustee states as follows:

1. On February 7, 2007, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.
2. On March 27, 2007, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C. §341.
3. Upon recommendation of the Trustee, the plan was confirmed effective March 1, 2007.
4. The Trustee has reviewed the proofs of claim filed in this case, and believes that the plan is not sufficient to pay all of the claims as filed.  As a result, the plan is unfeasible and the case should be dismissed pursuant to 11 U.S.C. §1307(c)(1).  In particular, the secured claim of the MDOR is higher than included in the plan and therefore makes the plan unfeasible. According to PACER, the Debtor has not filed an Amended plan, and no objections to the claims have been filed.  Therefore, the case should be dismissed.


        WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By:  /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
 Date: **October 31, 2008**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   JONES, PAUL                                                  Chapter 13
                                                                    Case No. 07-10729-JNF

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

_____
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   JONES, PAUL                                                                 Chapter 13
                                                                                            Case No. 07-10729-JNF

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof.   If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: October 31, 2008

/s/ Carolyn Bankowski

SERVICE LIST

Paul M. Jones
572 Park Street
Stoughton, MA 02072

John F. Cullen, Esq.
Law Office of John F. Cullen, P.C.
P.O. Box 290038
Boston, MA 02129

L. Jed Berliner, Esq.
Berliner Law Firm
95 State Street, Suite 1010
Springfield, MA 01103-2081